■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHARON RILEY, Appellant. [700 NYS2d 910] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting her, *inter alia,* of forgery in the second degree (Penal Law § 170.10 [2]) and criminal impersonation in the second degree (Penal Law § 190.25 [1]). Contrary to defendant's contention, those counts are jurisdictionally sufficient. They refer to the statutes by name and section and al-

lege each element of the offenses and defendant's commission thereof, tracking the language of the statutes (*see, People v Cohen,* 52 NY2d 584, 586; *People v Sledge,* 223 AD2d 922, 923, *lv denied* 88 NY2d 854; *People v Gerber,* 182 AD2d 252, 266-267, *lv denied* 80 NY2d 1026). The further contention that those counts are deficient because they fail to meet the requirements of CPL 200.50 was waived by defendant's guilty plea (*see, People v Cohen, supra,* at 587; *see also, People v Iannone,* 45 NY2d 589, 600-601). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Forgery, 2nd Degree.) Present—Green, J. P., Hayes, Scudder and Balio, JJ.